FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 FEB 27 PM 4:04

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:13-cr-38-Orl-18GJK
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028(a)(5)
18 U.S.C. § 982(a)(2)(B) - Forfeiture
18 U.S.C. § 1029(c)(1)(C) - Forfeiture
18 U.S.C. § 1028(b)(5) - Forfeiture

**RICHARD MIDDLETON**
 a/k/a Stanley Holmes
 a/k/a Melvin Drake
 a/k/a Delroy Stevens
 a/k/a Richard Kelly

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 19, 2011, in Osceola County, Florida, in the Middle District of Florida,

**RICHARD MIDDLETON,**
a/k/a Stanley Holmes,
a/k/a Melvin Drake,
a/k/a Delroy Stevens,
a/k/a Richard Kelly,

the defendant herein, did knowingly and with intent to defraud, have control and custody of and possess device-making equipment, that is, one card embossing machine, one foil press "tipping" machine, one electronic magnetic strip card reader/writer machine, two electronic card making devices, plastic cards consistent in size and shape with genuine credit cards bearing American Express, MasterCard, and Visa logos and emblems, sheets containing

MasterCard holograms, blank white plastic cards with magnetic strips on the back consistent in size and shape with genuine credit cards, and one Sony VAIO laptop computer, said conduct affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(4) and (c)(1)(a)(ii).

## COUNT TWO

From on or about August 19, 2011 through and including on or about August 23, 2011, in Osceola County, Florida, in the Middle District of Florida,

**RICHARD MIDDLETON,**
a/k/a Stanley Holmes,
a/k/a Melvin Drake,
a/k/a Delroy Stevens,
a/k/a Richard Kelly,

the defendant herein, did knowingly and with intent to defraud, possess fifteen or more devices which are counterfeit access devices, said conduct affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(3) and (c)(1)(A)(i).

## COUNT THREE

On or about August 19, 2011, in Osceola County, Florida, in the Middle District of Florida,

**RICHARD MIDDLETON,**
a/k/a Stanley Holmes,
a/k/a Melvin Drake,
a/k/a Delroy Stevens,
a/k/a Richard Kelly,

the defendant herein, did knowingly possess a document-making implement, that is, one HDP5000 electronic card making device with serial numbers BIO30446F and B0230126, one Zebra P403I electronic card making device with serial number P430002865, and one Sony VAIO laptop computer, with the intent that such document-making implement would be used in the production of a false identification document, said conduct affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1028(a)(5) and (b)(1)(C).

## COUNT FOUR

On or about August 19, 2011, in Osceola County, Florida, in the Middle District of Florida,

**RICHARD MIDDLETON,**
a/k/a Stanley Holmes,
a/k/a Melvin Drake,
a/k/a Delroy Stevens,
a/k/a Richard Kelly,

the defendant herein, did knowingly possess an authentication feature, that is, blank white plastic cards with magnetic strips on the back consistent in size and shape with genuine state issued identification cards and driver's licenses and one package of "Seal and Key" holograms consistent with holograms on genuine state issued identification cards and driver's licenses, with the intent that such authentication feature would be used in the production of a false identification document, said conduct affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1028(a)(5) and (b)(1)(C).

## FORFEITURE

1.   The allegations contained in Counts One and Two of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 981(a)(2)(B) and 1029(c)(1)(C).

2.   The defendant, **RICHARD MIDDLETON**, a/k/a Stanley Holmes,

a/k/a Melvin Drake, a/k/a Delroy Stevens, a/k/a Richard Kelly, upon conviction of violations of Title 18, United States Code, Section 1029, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations and, pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

3. The allegations contained in Count Three and Four of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5).

4. The defendant, **RICHARD MIDDLETON**, a/k/a Stanley Holmes, a/k/a Melvin Drake, a/k/a Delroy Stevens, a/k/a Richard Kelly, upon conviction of a violation of Title 18, United States Code, Section 1028, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and, pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense.

5. If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1), 1029(c)(2), and 1028(g).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Andrew C. Searle
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

RICHARD MIDDLETON
a/k/a Stanley Holmes,
a/k/a Melvin Drake,
a/k/a Delroy Stevens,
a/k/a Richard Kelly

## INDICTMENT

Violations:
18, USC, § 1029(a)(4)
18, USC, § 1029(a)(3)
18, USC, § 1028(a)(5)

A true bill,

*[signature]*
Foreperson

Filed in open court this 20th day of February, 2013.

*[signature]*
Clerk

Bail $ _____

GPO 863 525